

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2018

No. 04-17-00220-CV

**IN THE INTEREST OF A.B.R.,** W.C.R., and K.R.R, Minor Children,
Appellants

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19862
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant's and Cross-Appellant's reply briefs were due on March 14, 2018. *See* TEX. R. APP. P. 38.6(b), (d). On the due date, in a joint motion, both parties moved for a seven-day extension of time to file the briefs until March 21, 2018. *See id.* R. 10.5(b).

The joint motion is GRANTED. The reply briefs are due on March 21, 2018.

It is to **ORDERED** on this 15th day of March, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court